# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:06cr00565-011 |
| | ) | |
| Plaintiff, | ) | JUDGE: JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DONALD SIMON, | : | |
| | ) | |
| Defendant. | ) | |

     This matter was heard on March 13, 2015, upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release. The defendant was present and represented by Attorney Timothy Ivey.

     The violation report was referred to Magistrate Judge Nancy Vecchiarelli who issued a Report and Recommendation on February 23, 2015.  No objections having been filed by the parties, the Court adopted the Report and Recommendation and found that the following conditions of supervised release were violated:

          1) failure to follow instructions from the supervising officer.

     The Court, following the recommendation from the government and defense counsel, committed defendant to the Bureau of Prisons for a period of 3 months.  Upon release from incarceration defendant's period of supervised release shall terminate.

The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.


Dated: March 16, 2015                              *s/     James S. Gwin*
                                                   JAMES S. GWIN
                                                   UNITED STATES DISTRICT JUDGE